UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  ARTHUR SCOTT FETZER  BK. NO. 11-01051
  LAURIE MITSUE FETZER
  Debtors.

### NOTICE OF CHANGE OF ADDRESS

Now comes the Debtor, Laurie Mitsue Fetzer by counsel, to inform the Court of her change of address from 906 Taxus Drive, Apt. 102, Odenton, MD 21113 to the new address of 2803 Quercus Court, Apt 301, Odenton, MD 21113.  Arthur Scott Fetzer's address remains the same.

/s/ MICHAEL G. CLAGETT
Michael G. Clagett #726
Clagett Law Office
37 Grande Meadows Dr
Ste 101
Bridgeport, WV 26330-9027
304-592-0202 (tel)
304-592-2236 (fax)